McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRANDON M. ABRIL,<br><br>　　　　Defendant. | CASE NO. 1:18-mj-000077-SAB<br><br>UNITED STATES' MOTION AND ORDER FOR DISMISSAL |

**<u>Motion</u>**

The United States therefore moves to dismiss, without prejudice, in the interest of justice, Violation Notice 6355027. This Motion does not affect Violation Notices 6355028 or 6355029.

Dated: May 29, 2018　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　<u>Michael G. Tierney</u>
　　　　　　　　　　　　　　　　　　　　MICHAEL G. TIERNEY
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

Order

The Court hereby orders that Violation Notice 6355027, be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **May 29, 2018**

UNITED STATES MAGISTRATE JUDGE