# IN THE UNITED STATES DISTRICT COURT
# For The
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>BRANDON M. ABRIL,<br><br>                Defendant. | Case No. 1:18-mj-00077-SAB<br><br>**DEFENDANT'S <u>AMENDED</u> STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Disorderly conduct, in violation of 36 C.F.R. § 1.218(b)(11) |
| **Sentence Date:** | August 16, 2018 |
| **Review Hearing Date:** | June 6, 2019 |
| **Probation Expires On:** | August 16, 2019 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10.00 special assessment

☒ **Other Conditions:** Notify court and counsel of any change of address; notify court of any material change in economic circumstances; complete 25 hours of community service; participate in mental health treatment program as recommended by the Department of Veterans Affairs

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $10.00.

    ☐ If not paid in full when was last time payment:     Date:
                                                                                        Amount:

☐ Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED:                                          */s/ Michael Tierney*
                                                  Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/6/2019 at 10:00 a.m.

    ☐ be continued to          at 10:00 a.m.; or

    ☒ be vacated.


DATED: 6/4/2019                                */s/ Erin Snider*
                                                    DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED. The Court orders that the Review Hearing set for June 6, 2019 at 10:00 a.m. be vacated

☐      DENIED.

IT IS SO ORDERED.

Dated: **June 5, 2019**                                  _____
                                                         UNITED STATES MAGISTRATE JUDGE